## COMPTON v. STATE.
No. 17367.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

Max Coleman and Hill Stewart, both of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment being assessed at eighteen years in the penitentiary.

The indictment alleges that the robbery was effected by an assault and exhibiting a firearm, and properly charges the offense.

The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.